# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL-ADAHI, *et al.*,    :

           Petitioners,    :

           v.    :    Civil Action No. 05-280 (GK)

BARACK H. OBAMA, *et al.*,    :

           Respondents.    :

## ORDER

Petitioner Mohammed Al-Adahi has filed a Motion to Reopen Case and for Judgment on Petition for Writ of *Habeas Corpus*.

**WHEREFORE**, it is this 18th day of February, 2014, hereby

**ORDERED**, that the Government shall file its Opposition to Petitioner's Motion **no later than February 21, 2014, at noon**; and it is further

**ORDERED**, that a Motions Hearing is hereby scheduled for **February 25,, 2014, at 10:00 a.m.**

 

 

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**